UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROBERT BRUCE SCOTT, et al.,

    Plaintiffs,

    v.   Case No. 20-2516-HLT

EQUIFAX, INC., et al.,

    Defendants.

## **ORDER**

Plaintiffs bring this action alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*. On March 25, 2021, plaintiffs filed notices with the court regarding their requests that each defendant provide plaintiff a description of its reinvestigation procedure of the accounts described in plaintiffs' complaint (ECF Nos. 57-59). On March 31, 2021, the presiding U.S. District Judge, Holly L. Teeter, conducted a telephone status conference. During the conference, plaintiffs moved to withdraw their notices, and without objection, Judge Teeter granted the motion (*see* ECF No. 64).

IT IS SO ORDERED.

Dated April 1, 2021, at Kansas City, Kansas.

                                                           s/ James P. O'Hara
                                                           James P. O'Hara
                                                           U.S. Magistrate Judge